E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
MARGARET BRANICK-ABILLA, CSBN 223600
Special Assistant United States Attorney
    Social Security Administration
    160 Spear St., Suite 800
    San Francisco, CA  94105
    Telephone: (510) 970-4809
    Facsimile: (415) 744-0134
    Email:  Margaret.Branick-Abilla@ssa.gov
Attorneys for Defendant

**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| IRMA GUTIERREZ GARCIA,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | No. 8:22-cv-01202-RAO<br><br>**JUDGMENT** |

1  Having approved the parties' Stipulation to Remand Pursuant to Sentence Four
2  of 42 U.S.C. § 405(g) and to Entry of Judgment, THE COURT ADJUDGES AND
3  DECREES that judgment is entered for Plaintiff.

6  DATED: September 21, 2022

                                     HON. ROZELLA A. OLIVER
                                     UNITED STATES MAGISTRATE JUDGE