Troy D. Monge, Esq.
Law Offices of Martin Taller, APC
2300 E. Katella Ave, Suite 440
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
FACSIMILE (714) 385-8123
troymonge@hotmail.com

Attorney Bar #217035
Attorneys for Irma Gutierrez Garcia

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IRMA GUTIERREZ GARCIA, | ) | No. 8:22-cv-01202-RAO |
| | ) | |
| Plaintiff, | ) | **[PROPOSED] ORDER AWARDING** |
| | ) | **EQUAL ACCESS TO JUSTICE** |
| v. | ) | **ACT ATTORNEY FEES AND** |
| | ) | **COSTS** |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) ) ) | |
| Defendant. | ) ) | |

    Based upon the parties' Stipulation for Award and Payment of Attorney Fees:

    IT IS ORDERED that the Commissioner shall pay attorney fees and expenses under the Equal Access To Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of EIGHT HUNDRED DOLLARS and NO CENTS ($800.00), and

//
//
//
//

1

costs under 28 U.S.C. § 1920, in the amount of FOUR HUNDRED TWO DOLLARS AND NO CENTS ($402.00), subject to the terms of the above-referenced Stipulation.

Dated: September 28, 2022

_____
THE HONORABLE ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE